UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, MASSACHUSETTS SERVICE EMPLOYEES PENSION FUND, SEIU NEW ENGLAND PROPERTY SERVICES TRAINING FUND, AND BUILDING SERVICE 32BJ LEGAL SERVICES FUND,<br><br>                    Plaintiff,<br><br>    -v-<br><br>STAR BUILDING SERVICES, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 25 Civ. 1762 (DEH) (SLC)<br><br>**ORDER TO INITIATE<br>DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

On March 3, 2025, Plaintiff filed the Complaint. (ECF No. 1). Thereafter, at the parties' request, the deadline for Defendant to respond to the Complaint was extended four times in three months. (ECF Nos. 9; 11; 13; 16). Defendant has not responded to the Complaint.

On or before **July 16, 2025**, Plaintiff shall request a Certificate of Default from the Clerk of Court. **Within fourteen days** of service of the Clerk's Certificate of Default, Plaintiff shall file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

Dated:    New York, New York
          July 9, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**